ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/20

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy        Date: 1/7/2020
by Order of Judge Alvin K. Hellerstein

**Somera Capital Management, LLC v. Somera Road, Inc. - 19 Civ. 8291 (AKH)**

You are hereby notified that you are required to appear for an oral argument.

        Date : February 28, 2020

        Time: 11:00 am

        Place: U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*
1-7-20