

**Thuy T. Bui**
Counsel
thuy.bui@faegredrinker.com
212-248-3144 direct

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

February 20, 2020

*Via ECF*

The Honorable Gregory H. Woods, U.S.D.J.
United Stated District Court for the
 Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Somera Capital Management, LLC v. Somera Road, Inc.*
             19-CV-8291 (GHW) (GWG)

Dear Judge Woods:

      Pursuant to Rule 4(D) of Your Honor's Individual Practices, attached for entry is a Protective Order jointly proposed by the parties.  This Protective Order is substantively identical to the Court's Model Protective Order.

      Sincerely,

/s/ Thuy T. Bui
Thuy T. Bui

/s/ Anthony J. Laura
Anthony J. Laura

Attachment