UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SOMERA CAPITAL MANAGEMENT, LLC, :

                                                   :   ORDER
                Plaintiff,                     19 Civ. 8291 (GHW) (GWG)

  -v.-

SOMERA ROAD, INC.,

                Defendant.     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The oral argument scheduled by Judge Hellerstein for Friday February 28, 2020, at 11:00 a.m.(Docket # 29) is cancelled.

      SO ORDERED.

Dated: February 26, 2020
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge