USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SOMERA CAPITAL MANAGEMENT, LLC,**<br><br>          Plaintiff,<br><br>  v.<br><br>**SOMERA ROAD, INC.,**<br><br>          Defendant. | **MEMORANDUM ENDORSED**<br><br>Case No.: 19-CV-8291 (GHW) (GWG)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a) and (c), Plaintiff Somera Capital Management, LLC and Defendant Somera Road, Inc., hereby stipulate to the voluntary dismissal of all claims in this action in both the complaint and counterclaim without prejudice, and without costs or attorneys' fees.

          SO STIPULATED AND AGREED:

Dated: New York, New York
          July 30, 2020

FAEGRE DRINKER BIDDLE & REATH LLP

          /s/ Thuy T. Bui
Thuy T. Bui
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Tel:  (212) 248-3140
thuy.bui@dbr.com

Brian A. Coleman (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC  20005
(202) 842-8800
(202) 842-8465 (facsimile)

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: New York, New York<br>July 30, 2020 | EPSTEIN BECKER & GREEN, P.C.<br><br>_____/s/ Anthony J. Laura_____<br>Anthony J. Laura<br>Matthew Savage Aibel<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 642-1900<br>Fax: (973) 642-0099<br><br>Constance R. Lindman (*pro hac vice*)<br>Frost Brown Todd LLC<br>201 N. Illinois St. Suite 1900<br>Indianapolis, IN 46204<br>Tel: (317) 237-3800<br>Fax: (317) 237-3900<br><br>*Attorneys for Defendant* |

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). SO ORDERED.

Dated: August 4, 2020                                  _____
                                                                          GREGORY H. WOODS
                                                                          United States District Judge